### DEFOE *et al. v.* SIMMONS, administrator.

ATKINSON, J. 1. The grounds of the motion for new trial relating to the admissibility of evidence were too indefinite to present any question for decision.

2. Upon the uncontradicted evidence the verdict was properly directed.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*

JANUARY 13, 1915.

Complaint for land. Before Judge Pendleton. Fulton superior court. December 18, 1913.

*Virlyn B. Moore,* for plaintiffs in error.

*Simmons & Simmons,* contra.